UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

CLIO GARLAND,                       :

        Plaintiff,              :           **ORDER**

      -against-                    :    **09 Civ. 10025 (LTS)(MHD)**

KERRI ACCARDI, et al.,              :

        Defendants.             :
-----------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    It is hereby ORDERED that a conference has been rescheduled in the above-captioned action to **WEDNESDAY, MARCH 3, 2010, at 12:00 P.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**Dated: New York, New York**
      **February 24, 2010**

SO ORDERED.

_____
MICHAEL H. DOLINGER
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent today to:

Henry R. Kaufman, Esq.
60 East 42th Street, 47th Floor
New York, NY 10165

Allan H Greenberg, Esq.
60 East 42nd Street, 46th Floor
New York, NY 10165

Ron Lazebnik, Esq.
Lincoln Square Legal Services, Inc.
Fordham University School of Law
33 West 60th Street, 3rd Floor
New York, NY 10023